

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                       CASE NO. 1:98cr5-MP-GRJ

BRODDRICK DESHON MONGO,

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 9, 2011. (Doc. 55). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.[1]

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted in part and rejected in part.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation regarding defendant's amended petition for writ of habeas corpus (doc. 39) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 39) is DENIED and a certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Proceedings Under 28 U.S.C. § 2255

3. The magistrate judge's Report and Recommendation regarding defendant's motion for correction of sentence (doc. 29) is rejected.

---

[1] No objections have been filed.

Case 1:10-cv-00211-MP-GRJ   Document 23   Filed 01/03/12   Page 2 of 2
Case 1:98-cr-00005-MP-GRJ   Document 56   Filed 12/23/11   Page 2 of 2

Page 2 of 2

4.   The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, Ocala Division, for all further proceedings with the suggestion that defendant be allowed to refile or amend his sentence calculation claim (doc. 29) as a 28 U.S.C. § 2241 habeas petition.

**DONE and ORDERED** on this 23rd day of December, 2011.

*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No.: 1:98cr5-MP-GRJ